IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01509-WYD-BNB

DAVID B. FISHER;
BISON CONSTRUCTORS INC.; and
MARK YAKOWEC, on behalf of themselves and all other similarly situated persons

      Plaintiffs,

v.

GENERAL STEEL DOMESTIC SALES, LLC d/b/a GENERAL STEEL CORPORATION,
a Colorado limited liability company;
JEFFREY KNIGHT;
NATHAN WRIGHT;
BRUCE GRAHAM;
LEE BASHORE;
STEVEN PAIGE;
JOHN VIVIAN;
JONAH GOLDMAN; and
WAYNE GASTON,

      Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Plaintiff's Motion for District Court to Take Jurisdiction of Proceeding (ECF No. 64) is **STRICKEN** from the record for failure to comply with D.C.COLO.LCivR 7.1.A, which states that "[t]he court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a pro se party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a pro se party to resolve the disputed matter."  Here, Plaintiff's counsel indicated that he sent opposing counsel a draft of the motion indicating that "he would be happy to hear Defendants' position by e-mail or telephone (but could not participate extensively in a telephone conversation due to laryngitis).  Opposing counsel did not respond in any manner."  (Mot. at 1).  I do not find this language to be sufficient evidence of either a conferral or a good faith effort to confer as required by the Court's governing rules.

Dated:  March 11, 2013