IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01509-WYD-BNB

DAVID B. FISHER;
BISON CONSTRUCTORS INC.; and
MARK YAKOWEC, on behalf of themselves and all other similarly situated persons

      Plaintiffs,

v.

GENERAL STEEL DOMESTIC SALES, LLC d/b/a GENERAL STEEL CORPORATION, a Colorado limited liability company;
JEFFREY KNIGHT;
NATHAN WRIGHT;
BRUCE GRAHAM;
LEE BASHORE;
STEVEN PAIGE;
JOHN VIVIAN;
JONAH GOLDMAN; and
WAYNE GASTON,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      The "Unopposed Motion to Hold Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 41(b) in Abeyance as to Bison Constructors, Inc." (ECF No. 70) is **GRANTED** as follows.  In the motion, the Defendants indicated that Plaintiff Bison Constructors, Inc. became a Chapter 7 bankruptcy debtor in December 2012.  As such, Bison Constructors Inc.'s claims in this case are now property of its Chapter 7 estate under 11 U.S.C. § 541.  Thus, this matter is stayed as to Plaintiff Bison Constructors, Inc. pursuant to the United States Code, 11 U.S.C. § 101 et. seq., and in accordance with 11 U.S.C. § 362, the automatic stay provision.  Accordingly, in light of the stay, the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 41(b) is **DENIED WITHOUT PREJUDICE.**

      It is also ordered that the parties shall brief the impact of the stay as to Bison Constructors, Inc. on the pending motions (ECF Nos. 66 and 69).  The briefs shall be

filed not later than **Tuesday, April 30, 2013.**

Dated:  April 10, 2013